# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Centennial Bank Mobile Banking App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Centennial Bank Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Centennial Bank offers a mobile banking app with a 'Mobile Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>http://web.archive.org/web/20221003202643/https://www.my100bank.com/personal-banking/ebanking/mobile-banking/ |



http://web.archive.org/web/20221003202643/https://www.my100bank.com/personal-banking/ebanking/mobile-banking/



http://web.archive.org/web/20221003202643/https://www.my100bank.com/personal-banking/ebanking/mobile-banking/



https://www.my100bank.com/2023/06/14/mobile-deposit-overview/



| | |
|---|---|
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the Centennial Bank Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet). As shown below, the Centennial Bank Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones. |

## Log into the Centennial mobile app and follow these instructions:

- Click the + sign at the bottom center of the screen
- Select "Deposit" and read through the instruction screen
- Select "Continue" in the top right corner
- Take photos of the front and back of the check item

acquiring an image using an interface

- Must be properly endorsed and include "For Mobile Deposit Only"
- Select the account that the check will be deposited into
- Enter the amount of the item
- Select "Continue" in the top right corner
- Review and submit

https://www.my100bank.com/2023/06/14/mobile-deposit-overview/



http://web.archive.org/web/20221003202643/https://www.my100bank.com/personal-banking/ebanking/mobile-banking/



https://play.google.com/store/apps/details?id=com.my100bank.cen.mobile

| | |
|---|---|
| | **Log into the Centennial mobile app and follow these instructions:**<br><br>• Click the + sign at the bottom center of the screen<br>• Select "Deposit" and read through the instruction screen<br>• Select "Continue" in the top right corner<br>• Take photos of the front and back of the check item<br>• Must be properly endorsed and include "For Mobile Deposit Only"<br>• Select the account that the check will be deposited into<br>• Enter the amount of the item<br>• Select "Continue" in the top right corner<br>• Review and submit<br><br>https://www.my100bank.com/2023/06/14/mobile-deposit-overview/ |
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>**Col 4: line 64 – Col 5: line 4**<br><br>*The image further being described as a virtual image entity by software means wherein <u>the image entity comprises of an image profile that</u>* | The accused instrumentality discloses constructing an image entity (e.g., mobile check deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check).<br><br>As shown below, the Centennial Bank Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission. |

*associates the image with collateral information such as audio, voice, text, speech, location, time data, handwriting, encryption/decryption, compression/decompression, description, behavior, function and relationships to other images/objects to form an image profile.*

**Col 6: lines 35-40**

*The image **130** and video **131** can be expressed as purely digital data and all of the other information associated with the image profile **121** may also be represented as purely digital data. The digital rendering of the composite data creates a purely digital image entity **120** comprising of an image and an image profile.*



https://www.my100bank.com/2023/06/14/mobile-deposit-overview/

## Log into the Centennial mobile app and follow these instructions:

- Click the + sign at the bottom center of the screen
- Select "Deposit" and read through the instruction screen
- Select "Continue" in the top right corner
- Take photos of the front and back of the check item
- Must be properly endorsed and include "For Mobile Deposit Only"
- Select the account that the check will be deposited into
- Enter the amount of the item
- Select "Continue" in the top right corner
- Review and submit

https://www.my100bank.com/2023/06/14/mobile-deposit-overview/



### Like taking your banker with you...

**Service Benefits**

- Convenience – Manage your accounts in the palm of your hand. Bank anywhere, at any time!
- Control – It's easy to monitor your account(s) and quickly move money, pay bills or even cancel a payment
- Security – Enjoy a high level of protection against account fraud

**Service Features**

- Pay bills, cancel scheduled payments, or review payment[1]
- Deposit checks on-the-go with Mobile Deposit[1,2]
- Check your account balances
- Transfer funds between eligible accounts[1]
- View recent transactions
- Find the nearest Centennial Bank location or ATM
- Setup and receive text alerts[1,2]





http://web.archive.org/web/20221003202643/https://www.my100bank.com/personal-banking/ebanking/mobile-banking/



Customers have the ability to deposit a check item through the Centennial mobile app. You must be enrolled in online banking and have the mobile app downloaded.

https://www.my100bank.com/2023/06/14/mobile-deposit-overview/

| | |
|---|---|
| transmitting the image entity to one or more servers to update and/or refresh display of the constructed image entity, wherein the constructed image entity is accessible | The accused instrumentality discloses transmitting the image entity (e.g., mobile check deposit) to one or more servers (e.g., Centennial Bank servers) to update and/or refresh display of the constructed image entity (e.g., mobile check deposit), wherein the constructed image entity (e.g., mobile check deposit) is accessible to one or more recognized users (e.g., joint account holders) of a virtual network (e.g., Centennial Bank network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the |

| | |
|---|---|
| to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | Centennial Bank Mobile Banking Application) in communication with the one or more servers (e.g., Centennial Bank servers).<br><br>As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process is stored on the servers associated with the accused instrumentality. Joint account users can access all account statements and check deposit history.<br><br>**Log into the Centennial mobile app and follow these instructions:**<br><br>• Click the + sign at the bottom center of the screen<br>• Select "Deposit" and read through the instruction screen<br>• Select "Continue" in the top right corner<br>• Take photos of the front and back of the check item<br>• Must be properly endorsed and include "For Mobile Deposit Only"<br>• Select the account that the check will be deposited into<br>• Enter the amount of the item<br>• Select "Continue" in the top right corner — transmitting the image entity to one or more servers<br>• Review and submit<br><br>https://www.my100bank.com/2023/06/14/mobile-deposit-overview/ |



## Like taking your banker with you...

### Service Benefits

- Convenience – Manage your accounts in the palm of your hand. Bank anywhere, at any time!
- Control – It's easy to monitor your account(s) and quickly move money, pay bills or even cancel a payment
- Security – Enjoy a high level of protection against account fraud

### Service Features

- Pay bills, cancel scheduled payments, or review payment[1]
- Deposit checks on-the-go with Mobile Deposit[1,2]
- Check your account balances
- Transfer funds between eligible accounts[1]
- View recent transactions
- Find the nearest Centennial Bank location or ATM
- Setup and receive text alerts[1,2]







http://web.archive.org/web/20221003202643/https://www.my100bank.com/personal-banking/ebanking/mobile-banking/

## Log into the Centennial mobile app and follow these instructions:

- Click the + sign at the bottom center of the screen
- Select "Deposit" and read through the instruction screen
- Select "Continue" in the top right corner
- Take photos of the front and back of the check item
- Must be properly endorsed and include "For Mobile Deposit Only"
- Select the account that the check will be deposited into
- Enter the amount of the item
- Select "Continue" in the top right corner
- Review and submit

https://www.my100bank.com/2023/06/14/mobile-deposit-overview/

| FACTS | WHAT DOES HOME BANCSHARES, INC. DO WITH YOUR PERSONAL INFORMATION? |
|---|---|
| Why? | Financial companies choose how they share your personal information. Federal law gives consumers the right to limit some but not all sharing. Federal law also requires us to tell you how we collect, share and protect your personal information. Please read this notice carefully to understand what we do. |
| What? | The types of personal information we collect and share depend on the product or service you have with us. This information can include:<br>- Social Security number and account balances<br>- Payment history and transaction history<br>- Account transactions and checking account information<br>When you are *no longer* our customer, we continue to share your information as described in this notice. |

https://www.my100bank.com/privacy-policy/?_gl=1%2A9wxple%2A_ga%2AMjAyMTM2NjcwNC4xNzc3OTYxMDYx%2A_ga_6KVF9NWEWW%2AczE3Nzc5NjEwNjEkbzEkZzEkdDE3Nzc5NjIyOTAkajUxJGwwJGgw

**9. PROMISE TO PAY**

You promise to pay for all:

- credit we extend; plus
- Finance Charges and other fees or charges; plus
- collection costs and attorney fees as allowed by law.

If your Account is a joint Account, each of you is jointly and individually responsible for amounts due. This remains true in the event of death, divorce or other events that affect liability between you and the other person. If any joint Accountholder requests to not be liable for future transactions, we may close the Account.

**10. MINIMUM PAYMENT DUE**

You agree to pay the Minimum Payment Due of $25.00 or 5% of the amount you owe, whichever is greater, any amount over your credit limit, the sum of all past due amounts, and any resulting fees, if applicable. Your current payment will not be less than $25.00 unless your New Balance is less than $25.00. You may pay your total outstanding balance at any time. If you pay more than the Minimum Payment Due during any particular Billing Cycle, a Minimum Payment Due will still be due in subsequent Billing Cycles, unless we notify you otherwise. Each Billing Cycle you must pay at least the Minimum Payment Due shown on your monthly Statement by its Payment Due Date. We round the payment amount to the higher penny. The Minimum Payment Due will not be greater than your New Balance.

https://www.my100bank.com/public/userfiles/Consumer_Cardholder_Agreement.pdf

 **How do I view my deposit history?**

1. Sign in to Centennial Mobile Banking and select the "Deposit" tab. 2. Select the "Get Deposit History" button and navigate to your Check. 3. Click on a single deposit to view the available transaction detail.

https://www.my100bank.com/faqs/online-and-mobile-banking/